IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEW DIVISION

FILED IN OPEN COURT JUL 28 2009 CLERK, U.S. DISTRICT NORFOLK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | Criminal No. 4:08cr147 |
| | ) | |
| TERROL SPRUELL | ) | |

## STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. In 2007, the Bureau of Immigration and Customs Enforcement, the Drug Enforcement Administration, the Food and Drug Administration - Office of Criminal Investigation, the Central Virginia Narcotics Task Force and other state and local agencies began an investigation into narcotics trafficking in the Tidewater area of Virginia. A number of individuals were identified as working together to bring large quantities of cocaine, a schedule II narcotic controlled substance, from source of supply states such as California, Texas, New York, New Jersey, Alabama and Georgia to Eastern Virginia for distribution.

2. Between the dates in the indictment this organization employed various methods of transportation to bring the cocaine to the Tidewater Area. These methods included smuggling the cocaine in vehicles that were either driven or shipped to Virginia, placing the cocaine in packages and mailing them from the source state to Virginia using shipping companies such as DHL, FED-EX or UPS and secreting the cocaine on their person and traveling via airplane to Virginia.

3. To accomplish their distribution objectives, the organizers of this organization would arrange for various sources of supply to ship cocaine to Virginia where it would be broken up



into various distribution weights and resold by lower members of the organization. These distribution activities occurred throughout the Eastern District of Virginia.

4. One of the members of this organization was TERROL SPRUELL. SPRUELL was associated with one of the organizers, Frederick Bates, who was being supplied with cocaine from various sources of supply. SPRUELL would receive cocaine from an individual named William Foreman. SPRUELL would then meet Bates at various locations throughout the Eastern District of Virginia and provide him with kilogram quantities of cocaine for redistribution. During this conspiracy, SPRUELL distributed at least 5 kilograms of cocaine.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
VA Bar # 35765



After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, TERROL SPRUELL and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
TERROL SPRUELL


I am TERROL SPRUELL's attorney and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

_____
Trey Kelleter
Attorney for TERROL SPRUELL

3